

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AUG 0 3 2022

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR00 219 DPM |
| | ) | |
| v. | ) | Title 18, U.S.C. § 1708 |
| | ) | Title 18, U.S.C. § 1704 |
| BYRANNIA MONIQUE BURKS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 5, 2022, in the Eastern District of Arkansas, the defendant,

BYRANNIA MONIQUE BURKS,

unlawfully had in his possession, mail and mail matter, that had been stolen and taken from a United States Postal Service collection box, that is, approximately 109 pieces of mail addressed to various individuals and businesses, knowing that the mail had been stolen from a United States Postal Service collection box.

All in violation of Title 18, United States Code, § 1708.

### COUNT 2

On or about June 05, 2022, in the Eastern District of Arkansas, the defendant,

BYRANNIA MONIQUE BURKS,

knowingly and unlawfully possessed a key to an authorized receptacle for the deposit and delivery of mail matter, namely, a postal key, with the intent unlawfully and improperly to use the mail key.

All in violation of Title 18, United States Code, § 1704.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)