UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 16 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

vs.   No. 4:22CR00219-01 DPM

BYRANNIA MONIQUE BURKS

## ORDER

The United States is reminded of its obligation to turn over to the defense all exculpatory evidence, that is, evidence that favors the Defendant or which casts doubt on the government's case. *See Brady v. Maryland*, 373 U.S. 83 (1963).

If the government fails to produce exculpatory evidence in a timely manner, the Court may: (1) exclude certain evidence; (2) give an adverse jury instruction; (3) dismiss charges; (4) hold government lawyers in contempt; or (5) impose other appropriate sanctions.

Dated this 16th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE