IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:22-cr-219-DPM

BYRANNIA MONIQUE BURKS            DEFENDANT

ORDER

    Burks moves unopposed to continue her 26 September 2022 trial. She was arraigned last month; her lawyer needs more time to receive and review discovery, and prepare for trial. *Doc. 10*. Considering Burks's diligence, the ends of justice are better served by giving her more time to prepare her case for trial or plea. And this interest outweighs both her interest and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 10*, and reschedules the trial for 28 August 2023 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2022