IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              No. 4:22-cr-219-DPM

BYRANNIA MONIQUE BURKS                                        DEFENDANT

GENERAL CRIMINAL SCHEDULING ORDER

The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Thirty Days Before Trial Date** — File a Joint Report answering these questions:

    o Is this case ready for trial or a plea?

    o If trial-ready, how many six-hour days are needed?

    o If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**

    o In trial-ready cases:

        1. File any pre-trial motions. A response to any motion is due seven calendar days after the motion is filed; and
        2. File notice of submitting proposed jury instructions to chambers. Focus on and submit

> only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions.

- In cases that are not trial-ready or where a guilty plea will be offered, do one of two things:

    1. Get a plea date set with chambers **and** submit the proposed plea agreement to chambers; or

    2. File a motion for continuance.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2022