# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case:   4:22-CR-219-DPM |
| *Plaintiff(s)* ) | |
| v. ) | |
| ) | |
| Byrannia Monique Burks ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## NOTICE OF APPEARANCE

Please take notice that Christopher H. Baker of the James Law Firm will be aiding as co-counsel in the representation of Byrannia Monique Burks in the case captioned above and requests that he be included on the service of all notices, pleadings, and other documents filed in this case.

Dated: January 8, 2023                             Respectfully submitted,

/s/ Christopher H. Baker

Christopher H. Baker, Esq.
Arkansas Bar No. 2022124
*Attorney for Byrannia Monique Burks*
Email: Chris@Jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, Arkansas 72201
Telephone: (501) 375-0900
Fax: (501) 375-1356